# Third District Court of Appeal

## State of Florida

Opinion filed April 23, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0260
Lower Tribunal Nos. F01-27408, F01-37059C,
F05-8482, F05-8600, F05-9512 & F05-9513

_____

**Christian Rodriguez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Christian Rodriguez, in proper person.

James Uthmeier, Attorney General, and Daniel Colmenares, Assistant Attorney General, for appellee.

Before LOGUE, C.J., and FERNANDEZ and SCALES, JJ.

PER CURIAM.

Affirmed.